UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO J. OTERO, | ) No. CV 14-18 VAP (FFM) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| W.L. MONTGOMERY, Warden | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: May 20, 2015

VIRGINIA A. PHILLIPS
United States District Judge